IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART AUDIO TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00135-GMS |
| | ) |
| CREATIVE TECHNOLOGIES LTD. *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff Smart Audio Technologies, LLC and defendants Creative Labs Inc. and Creative Technology Ltd. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated March 13, 2013, with each party to bear its own costs, expenses and attorneys' fees.

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Smart Audio Technologies, LLC and defendants Creative Labs Inc. and Creative Technology Ltd. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Smart Audio Technologies, LLC and defendants Creative Labs Inc. and Creative Technology Ltd. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated March 13, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES, P.A. |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ John G. Day* |
| Stamatios Stamoulis #4606 | John G. Day #2403 |
| stamoulis@swdelaw.com | jday@ashby-geddes.com |
| Richard C. Weinblatt #5080 | Lauren E. Maguire #4261 |
| weinblatt@swdelaw.com | lmaguire@ashby-geddes.com |
| Two Fox Point Centre | Andrew C. Mayo #5027 |
| 6 Denny Road, Suite 307 | amayo@ashby-geddes.com |
| Wilmington, DE 19809 | 500 Delaware Avenue, 8th Floor |
| (302) 999-1540 | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |

*Attorneys for Plaintiff*
*Smart Audio Technologies, LLC*

*Attorneys for Defendants*
*Creative Technology Ltd. and*
*Creative Labs, Inc.*

IT IS SO ORDERED this _____ day of _____, 2013.

_____
The Honorable Gregory M. Sleet
United States District Judge