IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMART AUDIO TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:12-cv-00135-GMS ) |
| CREATIVE TECHNOLOGIES LTD. *et al.*, | ) ) |
| Defendants. | ) ) ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Smart Audio Technologies, LLC and defendants Creative Labs Inc. and Creative Technology Ltd. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated March 13, 2013, with each party to bear its own costs, expenses and attorneys' fees.

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Smart Audio Technologies, LLC and defendants Creative Labs Inc. and Creative Technology Ltd. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Smart Audio Technologies, LLC and defendants Creative Labs Inc. and Creative Technology Ltd. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated March 13, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

STAMOULIS & WEINBLATT LLC

/s/ Richard C. Weinblatt
Stamatios Stamoulis #4606
　　stamoulis@swdelaw.com
Richard C. Weinblatt #5080
　　weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

Attorneys for Plaintiff
Smart Audio Technologies, LLC

ASHBY & GEDDES, P.A.

/s/ John G. Day
John G. Day #2403
　　jday@ashby-geddes.com
Lauren E. Maguire #4261
　　lmaguire@ashby-geddes.com
Andrew C. Mayo #5027
　　amayo@ashby-geddes.com
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Attorneys for Defendants
Creative Technology Ltd. and
Creative Labs, Inc.

IT IS SO ORDERED this 20th day of March, 2013.

_____
The Honorable Gregory M. Sleet
United States District Judge

2